UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE SAMUEL BOND,<br><br>　　　　　Petitioner<br><br>　　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. 2:19-cv-01435-DOC (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 15, 2020

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE